BRYAN SCHRODER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-cr-00037-SLG-DMS |
| Plaintiff, | COUNT 1: |
| | POSSESSION WITH INTENT TO |
| vs. | DISTRIBUTE HEROIN |
| | Vio. of 21 U.S.C. § 841(a)(1), |
| JAMES BUSTER BOWEN, | (b)(1)(C) |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about October 24, 2018, within the District of Alaska, the defendant, JAMES BUSTER BOWEN, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE: 3/20/19