IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) No. 3:19-cr-00037-SLG-DMS |
| JAMES BUSTER BOWEN, | ) |
| On Writ of Habeas Corpus | ) ORDER FOR ISSUANCE OF WRIT<br>) OF HABEAS CORPUS AD<br>) PROSEQUENDUM |

On the Petition of Stephan A. Collins, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring JAMES BUSTER BOWEN, now being held at Wildwood Correctional Complex, before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. JAMES BUSTER BOWEN, Case No. 3:19-cr-00037-SLG-DMS, for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this March 21st, 2019, at Anchorage, Alaska.

s/Deborah M. Smith
_____
UNITED STATES MAGISTRATE JUDGE