# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES BUSTER BOWEN, )<br>)<br>Defendant. )<br>_____) | Case No. 3:19-cr-00037-SLG |

## JUDGMENT OF DISCHARGE
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

   **X**  The court has granted the oral motion of the government for dismissal without prejudice;

   ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
   ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
   ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
   ___  (Other reason, or reasons, if any);

of the offense(s) of as charged in count(s) of the Information/Indictment/Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, nunc pro tunc the 16th day of August, 2019.

                                            *s/ Sharon L. Gleason*
                                            Sharon L. Gleason
                                            United States District Judge