# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

**RECEIVED MAR 22 2019**
United States Marshals Service
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:19-CR-00037-SLG-DMS |
| vs. ) | S-D/ALASKA-W |
| ) | TID: 10842402 |
| JAMES BUSTER BOWEN ) | WARRANT # 1906-0322-03985 |
| *Defendant* | Entered NCIC _NO_ |
| | Entered APSIN _____ |
| | Removed NCIC _____ |
| | Removed APSIN _____ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Buster Bowen                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841 (a)(1), (b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN – Count 1

Date: March 21, 2019                    By: _[signature]_, Deputy Clerk
                                              *Issuing officer's signature*

City and state: Anchorage, Alaska          Lesley K. Allen, District Court Executive/Clerk of Court
                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 3/22/2019, and the person was arrested on *(date)* 3/26/2019
at *(city and state)* Anchorage, AK.

Date: 3/26/2019

_[signature]_
*Arresting officer's signature*

Jose Mendez DUSM
*Printed name and title*